# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: ANA C COLON VINALES

Bkrtcy. No. 10-02130-BKT

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| Field | Value |
|---|---|
| Petition Filing Date: | Mar 19, 2010 |
| Meeting Date | Aug 18, 2010 |
| DC Track No. | 9-10 |
| Days from petition date | 152 |
| Meeting Time | 9:00 AM |
| 910 Days before Petition | 9/21/2007 |
| ☐ Chapter 13 Plan Date | Mar 19, 2010 Dkt.# 2 ☐ Amended. |
| This is debtor(s) 2nd Bankruptcy petition. | Plan Base: $18,000.00 |
| This is the 2nd Scheduled Meeting | Confirmation Hearing Date: Sep 09, 2010 Time: 9:00 AM |
| Payment(s) ☐ Received or ☐ Evidence shown at meeting: | Ck/MO No. / Date / Amount | Total Paid In: $600.00 |

### I. Appearances: ☐ Telephone ☐ Video Conference     ☐ Creditor(s) present:    ☒ None.
- ☒ Debtor Present     ☒ ID & Soc. OK     ☐ Debtor Absent
- ☐ Joint Debtor Present     ☐ ID & Soc. OK     ☐ Joint Debtor Absent
- Debtor(s) was/were ☒ Examined    ☐ Not Examined under oath.
- Attorney for Debtor(s) ☒ Present    ☐ Not Present
- ☐ Substitute attorney:    ☐ Pro-se.

### II. Attorneys Fees as per R 2016(b) Statement    Attorney of record: JOSE PRIETO CARBALLO*
Total Agreed: $3,000.00    Paid Pre-Petition: $426.00    Outstanding: $2,574.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss: ☐ For Failure to appear; ☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
- Debtor(s) Income is (are) ☐ Under ☒ Above Median Income.    Liquidation Value: $22,521
- Commitment Period is ☐ 36 ☒ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: $0
- The Trustee ☐ RECOMMENDS ☒ OBJECTS Plan confirmation.
- §341 Meeting ☐ CONTINUED ☐ NOT HELD ☐ CLOSED ☒ HELD OPEN FOR 30 DAYS
- §341 Meeting Rescheduled for: pending form 480's for each of two employees in previous 4 years.

### V. Trustee's OBJECTIONS to Confirmation:
- ☒ FEASIBILITY [§1325(a)(6)]    ☒ INSUFFICIENTLY FUNDED    ☐ To pay §507    ☒ Fails Creditor's Best Interest Test §1325(A)(4)
- ☐ FAILS DISPOSABLE INCOME REQUIREMENTS    ☐ Failure to comply with Tax returns requirements. [§1308]
- ☐ Failure to comply with DSO requirements    ☐ Plan not filed in Good Faith §1325(a)(3)    ☐ Unfair Discrimination §1322(a)(3)

### ADDITIONAL OBJECTIONS / COMMENTS:
(1) Debtor will make another monthly installment today and another before the confirmation hearing on September 9, 2010.
(2) The Trustee objects to line 3(b) and calculation of current monthly income with net business earnings instead of gross, adjustment

/s/ José R. Carrión
Trustee    Presiding Officer    Page 1 of 2    Date: Aug 18, 2010

**ADDITIONAL OBJECTIONS / COMMENTS:**

② makes no consequence.
③ Plan must pay 100% + 6% and with a base of $26,500.00.

Trustee / Presiding Officer   Page 2 of 2   Date: 8/18/2010