UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:                                          CASE NO. 10-02130-BKT
ANA C COLON VINALES
                                                     CHAPTER 13


            DEBTOR (S)


                    TRUSTEE'S REPORT REGARDING THE STATUS
                         OF CHAPTER 13 PLAN PAYMENTS

TO THE HONORABLE COURT:

        José R. Carrión, Chapter 13 Trustee, through the undersigned attorney, very
respectfully alleges and prays:

        1. The Trustee hereby provides a report regarding the status of the Chapter
13 Plan payments in this case.

        2. As of February 09, 2011 our record of payments received in this case
reflects the following:

            - Total Paid in:          $2,700.00
            - Balance on Hand:        $2,700.00
            - Last Payment date:      January 18, 2011
            - Last Payment Amount:    $900.00
            - Amount in Default:      $300.00

        3. If debtor(s) have paid an amount greater than the amount stated above,
then please provide the Office of the Chapter 13 Trustee with evidence of the
payments totaling a different amount.


        WHEREFORE, the Chapter 13 Trustee respectfully prays that this information
provided herein be taken in consideration in the pertinent proceedings before this
Honorable Court.

        I HEREBY CERTIFY that on this date I notified a true copy of this document
to the Debtor(s) to her/his/their address of record by first-class mail, and by
electronic means (CM/ECF System) to her/his/their attorney of record.

        In San Juan, Puerto Rico this Wednesday, February 9, 2011.


                                        /s/ Jose R. Carrion

                                        JOSE R. CARRION
                                        CHAPTER 13 TRUSTEE
                                        P.O. Box 9023884,
                                        San Juan, P.R. 00902-3884
                                        Tel (787) 977-3535
                                        FAX (787) 977-3550